IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
    v.                         )      CASE NO. 1:17-CR-331-WKW
                               )              [WO]
STEVEN LEE LANE                )

## **ORDER**

On December 6, 2017, the Magistrate Judge filed a Recommendation (Doc. # 35) that Defendant's Motion to Suppress Evidence (Doc. # 20) be denied. Defendant timely objected to the Recommendation. (Doc. # 45.) Upon an independent and *de novo* review of the record and Recommendation, Defendant's objections are due to be overruled, and the Magistrate Judge's Recommendation is due to be adopted.

Defendant's objections mostly rehash arguments he made in his motion and at the suppression hearing. The Magistrate Judge adequately addressed those arguments in his Recommendation and properly rejected them. To the extent Defendant objects on grounds not addressed in the Recommendation, those grounds are without merit and warrant no discussion.

Accordingly, it is ORDERED as follows:

1.      The Magistrate Judge's Recommendation (Doc. # 35) is ADOPTED;

2.      Defendant's objections (Doc. # 45) are OVERRULED;

3.      Defendant's Motion to Suppress Evidence (Doc. # 20) is DENIED.

DONE this 20th day of April, 2018.

                                    /s/ W. Keith Watkins
                        _____
                        CHIEF UNITED STATES DISTRICT JUDGE